UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROSIE WASHINGTON AND
SHELDON WASHINGTON

CIVIL ACTION

VERSUS

STATE OF LOUISIANA, ET AL.

NO.: 11-00334-BAJ-RLB

## ORDER

Before the Court is Plaintiff's **Objection to Ruling (Doc. 71)**, seeking an order from this Court sustaining his objection to the ruling on Defendants' Motion to Dismiss (Doc. 25). The motion is opposed by Defendants, the State of Louisiana, the Louisiana Department of Public Safety and Corrections, the Louisiana State Penitentiary, Warden Burl Cain, Mary Annette Dubroc, Stayce Falgout, Gwen Hardin, Assistant Warden L. Bruce Dodd, Assistant Warden Donald Barr, and Deputy Warden Ronald Jett (collectively, "Defendants").

Also before the Court is Plaintiff's **Objection to Ruling Dismissing Motion for Preliminary Injunction and Denying Statement of Judicial Interest (sic) (Doc. 72)**, in which Plaintiff objects to the Court's order dismissing a preliminary injunction and denying the request for "Statements of Judicial Interests" in this case. The motion is opposed.

## APPLICABLE STANDARD OF LAW

The Federal Rules of Civil Procedure do not contemplate the filing of a party's "objection" to a District Court ruling. Also, there is no such procedural device available

to the litigants under the Local Rules of Court, and Plaintiff does not cite any case law or federal statute that supports such a form of relief from judgment. Generally, a party may seek reconsideration of a court's ruling, or file an appeal if the ruling is final, under the applicable Federal Rules of Civil Procedure. However, not all of Plaintiff's claims have been dismissed (Doc. 69). His Title VII claims remain pending.

To the extent that Plaintiff seeks a reconsideration of the Court's ruling on the Motion to Dismiss, or the Motion for Preliminary Injunction, the motions *sub judice* are not adequate to accomplish those goals.[1]
Accordingly,

**IT IS ORDERED** that Plaintiff's **Objection to Ruling (Doc. 71) is DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's **Objection to Ruling Dismissing Motion for Preliminary Injunction and Denying Statement of Judicial Interest (sic) (Doc. 72) is DENIED**.

Baton Rouge, Louisiana, this 18th day of September, 2013.

*[signature]*

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Plaintiff has previously filed a Motion for Reconsideration of the ruling on the Motion to Dismiss (Doc. 70).